IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | | |
|---|---|---|---|
| **ROBERT SOLIS**, | § | | |
| | § | | |
| Petitioner, | § | | |
| | § | | |
| v. | § | No. _____ | |
| | § | *CAPITAL CASE* | |
| **ERIC GUERRERO**, Director, | § | | |
| Texas Department of Criminal | § | | |
| Justice, Correctional Institutions | § | | |
| Division, | § | | |
| | § | | |
| Respondent. | § | | |

## MOTION FOR APPOINTMENT OF COUNSEL

Petitioner, Robert Solis, by and through undersigned Counsel, respectfully requests that the Court appoint the Capital Habeas Unit of the Federal Public Defender for the Northern District of Texas ("FPD-NDTX") to represent him in federal habeas corpus proceedings pursuant to 18 U.S.C. § 3599. In support of this request, Petitioner sets forth the following:

1.    In October 2022, in the 230th Judicial District Court, Harris County, Texas, Mr. Solis was convicted of capital murder and later sentenced to death. On direct appeal, the Texas Court of Criminal

1

Appeals affirmed Mr. Solis's conviction and sentence. *Solis v. State*, 726 S.W.3d 394 (Tex. Crim. App. 2025).

2.      On April 30, 2026, the Texas Court of Criminal Appeals denied Mr. Solis's application for post-conviction relief. *Ex parte Solis*, No. WR-64-110-07 (Tex. Crim. App. April 30, 2026).

3.      Mr. Solis was found to be indigent throughout his state court proceedings. Mr. Solis is still indigent and is entitled to the appointment of counsel under 18 U.S.C. § 3599(a). He has never had his constitutional claims for relief addressed by a federal court and has a statutory right to the assistance of counsel in order to prepare and present those claims. *See* 18 U.S.C. § 3599(e); *McFarland v. Scott*, 512 U.S. 849, 857–58 (1998).

4.      This Court's CJA Plan, General Order 19-05, recognizes that the two Capital Habeas Units (CHUs) in the state are authorized to represent capital habeas petitioners in federal court state-wide, including in the Southern District. S.D. Tex. Gen. Order 2018-18 at

Part XIV.F.4. Consistent with its mandate, the FPD-NDTX currently represents capital clients throughout the four federal districts.

5.      Moreover, because the FPD-NDTX is independently funded, it will not seek funding, reimbursement, or expenses from this Court in representing Mr. Solis.

6.      Undersigned Counsel has conferred with the FPD-NDTX, and the office is willing and able to be appointed to represent Mr. Solis in his federal habeas proceeding. Specifically, Jeremy Schepers, the Supervisor of the CHU has informed Counsel of the office's availability to be appointed in this case. The unit consists of attorneys who

specialize in capital habeas litigation. The CHU was created to assist

inmates, such as Mr. Solis, in seeking relief in the federal courts.

7.      The contact information for the FPD-NDTX is:

Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 Griffin Street, Suite 629
Dallas, Texas 75202
214.767.2746 (tel)
214.767.2886 (fax)
Jason_Hawkins@fd.org

Jeremy Schepers
Supervisor, Capital Habeas Unit
Northern District of Texas525 Griffin
Street, Suite 629
Dallas, Texas 75202
214.767.2746 (tel)
214.767.2886 (fax)
Jeremy_Schepers@fd.org

10.     Upon appointment, the FPD-NDTX will assign an attorney

to enter an appearance on Mr. Solis's behalf.

11.     WHEREFORE, Petitioner respectfully requests this Court

appoint the Federal Public Defender for the Northern District of Texas,

Capital Habeas Unit to represent him.

DATED:     May 20, 2026

Respectfully submitted,

4

5

s/ David R. Dow

David R. Dow
Texas Bar No. 06064900
University of Houston Law Center
4170 Martin Luther King Blvd.
Houston, Texas 77204-6060
Tel. (713) 743-2171
Fax (832) 842-4671
ddow@central.uh.edu

s/ Jeffrey R. Newberry

Jeffrey R. Newberry
Texas Bar No. 24060966
University of Houston Law Center
4170 Martin Luther King Blvd.
Houston, Texas 77204-6060
Tel. (713) 743-6843
Fax (832) 842-4671
jrnewber@central.uh.edu

5

## Certificate of Service

I certify that on May 20, 2026, a copy of the foregoing motion was served on Tomee Heining, Chief of the Criminal Appeals Division of the Attorney General's Office via electronic mail.

s/ Jeffrey R. Newberry

_____

Jeffrey R. Newberry