United States District Court
Southern District of Texas
**ENTERED**
May 22, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT SOLIS, | § | |
| | § | |
| Balderas, | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-4043 |
| | § | |
| ERIC GUERRERO, | § | |
| | § | |
| Respondent. | § | |

### ORDER CONDITIONALLY APPOINTING COUNSEL

Robert Solis, an inmate on Texas' death row, has filed a motion for the appointment of counsel. (Docket Entry No. 1). Under 18 U.S.C. § 3599(a)(2), "any [capital habeas petitioner] who is or becomes financially unable to obtain adequate representation . . . shall be entitled to the appointment of one or more attorneys." Solis, however, has not yet filed an *in forma pauperis* application indicating his indigence and, therefore, his entitlement to appointed counsel.

The Court conditionally authorizes Solis to proceed in federal court without the payment of fees. This Court conditionally finds that federal law entitles Solis to the appointment of federal habeas counsel. The Court **APPOINTS** the following office to represent Solis throughout his federal habeas proceedings:

**The Federal Public Defender**
**for the Northern District of Texas**
**Capital Habeas Unit**
**525 Griffin Street, Suite 629**
**Dallas, Texas 75202**
**214.767.2746 (tel)**
**214.767.2886 (fax)**
**Jeremy_Schepers@fd.org (email)**

Solis can fulfill the conditions of this appointment by filing a motion to proceed *in forma pauperis* with an accompanying showing of indigency within thirty (30) days from the entry of this Order.

The Clerk will deliver a copy of this Order to the parties.

SIGNED on May 21, 2026 at Houston, Texas.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

2