IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT SOLIS, | § | |
|       Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-4043 |
| | § | *DEATH PENALTY CASE* |
| ERIC GUERRERO, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions | § | |
| Division[1] | § | |
| | § | |
|       Respondent. | § | |

## RESPONDENT GUERRERO'S NOTICE OF APPEARANCE OF COUNSEL

This case involves a federal habeas proceeding filed pursuant to 28 U.S.C. § 2254 by Texas death row inmate Robert Solis. The undersigned attorney hereby enters this appearance of counsel on behalf of Respondent Eric Guerrero ("the Director") and respectfully requests that a copy of all future pleadings, orders, and other correspondence be served on him at the address below.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

---

[1]   For purposes of clarity, Respondent will be referred to as "the Director."

JOSH RENO
Deputy Attorney General
for Criminal Justice

TOMEE M. HEINING
Chief, Criminal Appeals Division


*Lead Counsel

s/ Lucas Wallace
LUCAS WALLACE*
Assistant Attorney General
State Bar No. 24139048
Southern I.D. No. 3886067

P.O. Box 12548, Capitol Station
Austin, Texas 78711
Phone: (512) 936-1400
Fax: (512) 936-1280
Lucas.wallace@oag.texas.gov

ATTORNEYS FOR RESPONDENT

2

## CERTIFICATE OF SERVICE

I do herby certify that on May 22, 2026, I electronically filed the foregoing notice with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to all known counsel of record, who consented in writing to accept the NEF as service of this document by electronic means.

 s/ Lucas Wallace
LUCAS WALLACE
Assistant Attorney General