**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**ROBERT SOLIS** §
          *Petitioner,* §
**v.** §          **NO. 4:26-CV-04043**
 §          **\*Death Penalty Case\***
 **ERIC GUERRERO** §
*Director, Texas Department of Criminal
Justice, Correctional Institutions Division*


**ENTRY OF APPEARANCE OF CO-COUNSEL**

I hereby enter my appearance as *appointed* co-counsel for the above-named defendant(s) in this cause.

> I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.


Dated:  June 8, 2026          */s/ Rachel G. Schaefer*
                     Rachel G. Schaefer
                     Assistant Federal Public Defender
                     Northern District of Texas
                     Capital Habeas Unit
                     California Bar # 298354
                     525 Griffin Street, Suite 629
                     Dallas, Texas 75202
                     Phone (214) 767-2746
                     Fax (214) 767-2886
                     rachel_schaefer@fd.org