IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT SOLIS, *Petitioner,* | § § § § § § § | |
| v. | § | Civil Case No. 4:26-cv-04043 |
| ERIC GUERRERO, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Huntsville, Texas; | § § § § § § § | CAPITAL CASE |
| *Respondent.* | § | |

## NOTICE OF ERROR

Petitioner Robert Solis hereby provides notice of errata and correction as follows:

On July 2, 2026, the undersigned filed a Joint Proposed Scheduling Order on behalf of Petitioner. This order mistakenly omitted language previously agreed upon by the parties. A corrected version of this proposed order is attached hereto as Exhibit A.

Dated this 2nd day of July 2026.

1

Respectfully submitted,

JASON D. HAWKINS
FEDERAL PUBLIC DEFENDER

JEREMY SCHEPERS (TX 24084578)
SUPERVISOR, CAPITAL HABEAS UNIT

*/s/ Rachel G. Schaefer*
Rachel G. Schaefer (CA 298354)
ASSISTANT FEDERAL PUBLIC DEFENDER
Office of the Federal Public Defender
Northern District of Texas
525 S. Griffin St., Ste. 629
Dallas, TX 75202
(214) 767-2746
rachel_schaefer@fd.org

COUNSEL FOR PETITIONER SOLIS

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **ROBERT SOLIS,** | § | |
| *Petitioner,* | § | |
| | § | |
| v. | § | |
| | § | |
| | § | **Civil Case No. 4:26-cv-04043** |
| **ERIC GUERRERO, Director,** | § | |
| **Texas Department of Criminal** | § | **CAPITAL CASE** |
| **Justice, Correctional** | § | |
| **Institutions Division,** | § | |
| **Huntsville, Texas;** | § | |
| | § | |
| *Respondent.* | § | |

**JOINT PROPOSED SCHEDULING ORDER**

This is a federal habeas corpus proceeding initiated by Petitioner Robert Solis, who is sentenced to death and imprisoned in Texas, pursuant to 28 U.S.C. § 2254. Mr. Solis anticipates filing a Petition for Writ of Habeas Corpus (Petition) on or before April 30, 2027. In anticipation of this filing, the parties have conferred and jointly propose the following scheduling order:

Mr. Solis shall have 120 days from the date of the Petition filing to file an Amended Petition for Writ of Habeas Corpus (Amended Petition). The Amended Petition constitutes Mr. Solis's amendment as a matter of course under Federal Rule of Civil Procedure 15(a)(1) and shall specify all the known grounds for relief and plead all relevant facts and law, containing specific

1

arguments regarding the application of AEDPA to the claims raised therein. This includes argument regarding the timeliness of the petition, *see* 28 U.S.C. § 2254(b)(1), whether a state court decision was objectively unreasonable, *see* 28 U.S.C. § 2254(d), applicable exceptions to any procedural default or exhaustion requirements, *see* 28 U.S.C. § 2254(b), (c), and the admissibility of evidence, *see Cullen v. Pinholster*, 563 U.S. 170 (2011), and 28 U.S.C. § 2254(e)(2).

Mr. Solis shall have 30 days from the Amended Petition filing to file any motion to stay and abey proceedings pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005).

Respondent shall have 180 days from the Amended Petition's filing to file (1) an Answer to the Amended Petition (Answer) and (2) any response to a motion for a *Rhines* stay. Mr. Solis's reply in support of a motion to stay shall be filed within 30 days of any response filing.

Mr. Solis shall have 60 days from Respondent's Answer filing to file a Reply in support of the Amended Petition. The reply and any supporting brief shall be limited to the arguments raised in Respondent's Answer and shall not include any new allegations of fact or new grounds for relief. Mr. Solis shall file any motion for an evidentiary hearing and/or discovery concurrent with or before this Reply. Respondent will have 30 days from the filing of this Reply to file a response to any evidentiary hearing and/or discovery motion. Mr. Solis's

replies in support of these motions shall be filed within 15 days of any response filing.

Either party may seek extension of this timeline based on good cause and subject to further order of the Court. Both parties reserve the right to contest the appropriateness of any extension request.

Respondent's agreement to this Joint Motion is neither an explicit nor implicit waiver of any defense, nor is it an agreement that the Petition or Amended Petition is or will be filed within the applicable limitations period, that any evidence attached to the Petition or Amended Petition is or will be properly before the Court, or that the Petition or Amended Petition is or will not be second or successive. Respondent reserves the right to raise any defense or argument, including but not limited to those described in Rule 5 of the Rules Governing Section 2254 Cases, or those found in 28 U.S.C. §§ 2241, 2244, and 2254, with respect to the Petition or Amended Petition and any claim or evidence attached or raised therein.

Dated this 2nd day of July 2026.

Respectfully submitted,

JASON D. HAWKINS
FEDERAL PUBLIC DEFENDER

JEREMY SCHEPERS (TX 24084578)
SUPERVISOR, CAPITAL HABEAS UNIT

*/s/ Rachel G. Schaefer*

3

*Lead Counsel

*Rachel G. Schaefer (CA 298354)
ASSISTANT FEDERAL PUBLIC DEFENDER

Alisha Mehdi
RESEARCH & WRITING ATTORNEY

Office of the Federal Public Defender
Northern District of Texas
525 S. Griffin St., Ste. 629
Dallas, TX 75202
(214) 767-2746
rachel_schaefer@fd.org

COUNSEL FOR PETITIONER SOLIS

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JOSH RENO
Deputy Attorney General
For Criminal Justice

TOMEE M. HEINING
Chief, Criminal Appeals Division

*/s/ Lucas Wallace*

*Lead Counsel

*LUCAS WALLACE
Assistant Attorney General
State Bar No. 24139048
Southern District ID No. 3886067

P.O. Box 12548, Capitol Station
Austin, Texas 78711
Lucas.wallace@oag.texas.gov
Phone: (512) 936-1400
Fax: (512) 936-1280

ATTORNEYS FOR RESPONDENT

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **ROBERT SOLIS,** | § | |
| *Petitioner,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | **Civil Case No. 4:26-cv-4043** |
| **ERIC GUERRERO, Director,** | § | |
| **Texas Department of Criminal** | § | **CAPITAL CASE** |
| **Justice, Correctional** | § | |
| **Institutions Division,** | § | |
| **Huntsville, Texas;** | § | |
| | § | |
| *Respondent.* | § | |

**ORDER**

Pursuant to the Joint Proposed Scheduling Order submitted by the parties (ECF No. 5), the Court enters the following Scheduling Order:

Mr. Solis shall have 120 days from the date of the Petition filing to file an Amended Petition for Writ of Habeas Corpus (Amended Petition). The Amended Petition constitutes Mr. Solis's amendment as a matter of course under Federal Rule of Civil Procedure 15(a)(1) and shall specify all the known grounds for relief and plead all relevant facts and law, containing specific arguments regarding the application of AEDPA to the claims raised therein. This includes argument regarding the timeliness of the petition, *see* 28 U.S.C.

1

§ 2254(b)(1), whether a state court decision was objectively unreasonable, *see* 28 U.S.C. § 2254(d), applicable exceptions to any procedural default or exhaustion requirements, *see* 28 U.S.C. § 2254(b), (c), and the admissibility of evidence, *see Cullen v. Pinholster*, 563 U.S. 170 (2011), and 28 U.S.C. § 2254(e)(2).

Mr. Solis shall have 30 days from the Amended Petition filing to file a motion to stay and abey proceedings pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005).

Respondent shall have 180 days from the Amended Petition filing to file an Answer to the Amended Petition (Answer) and any response to a motion for a *Rhines* stay. Mr. Solis's reply in support of a motion to stay shall be filed within 30 days of any responsive filing.

Mr. Solis shall have 60 days from Respondent's Answer filing to file a Reply in support of the Amended Petition. The Reply and any supporting brief shall be limited to the arguments raised in Respondent's Answer and shall not include any new allegations of fact or new grounds for relief. Mr. Solis shall file any motion for an evidentiary hearing and/or discovery concurrent with or before this Reply. Respondent will have 30 days from the filing of this Reply to file a response to any evidentiary hearing and/or discovery motion. Mr. Solis's reply shall be filed within 15 days of any response filing.

Either party may seek extension of this timeline based on a good cause showing and subject to further order by this Court. Both parties reserve the right to contest the appropriateness of any extension request.

Respondent's agreement to this Joint Motion is neither an explicit nor implicit waiver of any defense, nor is it an agreement that the Petition or Amended Petition is or will be filed within the applicable limitations period, that any evidence attached to the Petition or Amended Petition is or will be properly before the Court, or that the Petition or Amended Petition is or will not be second or successive. Respondent reserves the right to raise any defense or argument, including but not limited to those described in Rule 5 of the Rules Governing Section 2254 Cases, or those found in 28 U.S.C. §§ 2241, 2244, and 2254, with respect to the Petition or Amended Petition and any claim or evidence attached or raised therein.

**SIGNED** on this _____ day of _____, 2026.

_____
Alfred H. Bennett
United States District Judge

3